IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRANCISCO RENDON, LUIS MORALES, HERMILO HERNANDEZ, JOSE MANUEL CARDENAS, JUAN CARLOS CARDENAS, JUAN HERNANDEZ, LEONIDES GALAN, HECTOR GUZMAN, MEDARDO RENDON, SAUL GUZMAN, JOSE SALAZAR, MIGUEL GUZMAN, DOMINGO TORRES and DOMINGO ROMERO<br><br>Plaintiffs,<br><br>v.<br><br>EUROPEAN CRAFTSMAN FOR AMERICA CORP., and MARIAN AVRAM, individually,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08 C 4230<br><br>Judge Gottschall<br><br>Mag. Judge Ashman |

## NOTICE OF FILING

TO:   European Craftsman for America, Corp.       Marian Avram
      c/o Reg. Agent, Douglas G. Shreffler        2934 West Lake
      4653 N. Milwaukee Ave.                      Chicago, IL 60612
      Chicago, IL 60630

**PLEASE TAKE NOTICE** that on August 26, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Plaintiffs' First Amended Complaint**, a copy of which is attached hereto.

Respectfully submitted,

s/ John E. Untereker
JOHN E. UNTEREKER (ARDC #6290945)
CHRISTOPHER J. WILLIAMS (ARDC #6284262)
Working Hands Legal Clinic
77 W. Washington, Suite 1402
Chicago, Illinois 60602
(312) 795-9115

Attorneys for Plaintiffs